2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-11217-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

James Redmond Shields, III
872 Liberty Street
Meadville PA 16335

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/02/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 3: Goldman Sachs Mortgage Company, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 | Rushmore Loan Management Services, LLC P.O. Box 514707, Los Angeles, CA 90051-4 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/07/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James Redmond Shields, III
    Debtor

Case No. 14-11217-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: mgut    Page 1 of 1    Date Rcvd: Jun 05, 2017
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
14008377    Goldman Sachs Mortgage Company,   c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   P.O. BOX 24605,   West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:
    Andrew F Gornall   on behalf of Creditor   GOLDMAN SACHS MORTGAGE COMPANY agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew John Marley   on behalf of Creditor   Goldman Sachs Mortgage Company amarley@sterneisenberg.com, ckohn@sterneisenberg.com
    Daniel P. Foster   on behalf of Plaintiff James Redmond Shields, III dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    Daniel P. Foster   on behalf of Debtor James Redmond Shields, III dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    James Warmbrodt   on behalf of Creditor   GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com
    James Warmbrodt   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholder bkgroup@kmllawgroup.com
    Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon F/K/A The Bank Of New York As Successor, et. al. pawb@fedphe.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    Sherri J. Braunstein   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholder sbraunstein@udren.com, vbarber@udren.com
    Stuart P. Winneg   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee swinneg@udren.com, cblack@udren.com
    TOTAL: 11