FILED
1/11/18 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 14-11217-TPA |
| James Redmond Shields, III | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 1/10/2018 |
| | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**   #85 Motion to Dismiss Case (Tee)
             #88 Resp. by Debtor

**APPEARANCES:**
  Debtor:   Daniel P. Foster
  Trustee:  Ronda Winnecour

**NOTES:**

Foster:   This is 100% plan. Problem is a stripped down second mortgage is now an unsecured debt.

Winnecour:   $1,850 is payment. If it runs to 42 months it will complete.

**OUTCOME:**   Plan term extended to 42 months. / MOE
Oral Motion to withdraw is GRANTED.

vas