Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James Redmond Shields III** | : | Case No. 14−11217−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 96 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/19/18 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 27th of July, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 96 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  **On or before September 10, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on **September 19, 2018 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 14-11217-TPA
James Redmond Shields, III                                              Chapter 13
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-1          User: vson                  Page 1 of 2                  Date Rcvd: Jul 27, 2018
                              Form ID: 300b               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +James Redmond Shields, III,    872 Liberty Street,    Meadville, PA 16335-2650
cr             +Goldman Sachs Mortgage Company,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
13955944       +AT&T Mobility,    14201 Wireless Way,   Oklahoma City, OK 73134-2512
13955945       +Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 790034,   Saint Louis, MO 63179-0034
13955946       +City National Bank / Ocwen Loan Service,   Attn: Bankruptcy,   PO Box 24738,
                 West Palm Beach, FL 33416-4738
13955948       +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
14008377        Goldman Sachs Mortgage Company,   c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,
                 P.O. BOX 24605,   West Palm Beach, FL 33416-4605
13955953       +NYS OTDA,   40 North Pearl Street,   Albany, NY 12243-0001
13955952       +Northwest Physician Associates,    1012 Water Street,   Meadville, PA 16335-3468
13955954       +Ocwen Loan Servicing LLC,    4828 Loop Central,   Houston, TX 77081-2193
13955955       +Oneida County SCU,   PO Box 15330,   Albany, NY 12212-5330
14637784        Rushmore Loan Management Services, LLC,    P.O. Box 514707, Los Angeles, CA 90051-4
13955956       +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
14050393        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,
                 P.O. BOX 24605,   West Palm Beach, FL 33416-4605
13955957       +Udren Law Offices PC,    Woodcrest Corporate Center,   111 Woodcrest Road,   Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2018 02:39:02
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13955943       +E-mail/Text: ally@ebn.phinsolutions.com Jul 28 2018 02:31:13     Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
13966375        E-mail/Text: ally@ebn.phinsolutions.com Jul 28 2018 02:31:13
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13981808       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2018 02:32:33
                 Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-7999
13955949        E-mail/Text: bankruptcy@fncbinc.com Jul 28 2018 02:31:04
                 First National Collection Bureau, Inc.,   610 Waltham Way,   Sparks, NV 89434
13955950       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:39:57     Lvnv Funding Llc,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13963633        E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2018 02:39:02
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GOLDMAN SACHS MORTGAGE COMPANY
cr              Ocwen Loan Servicing, LLC as servicer for The Bank
cr              The Bank Of New York Mellon F/K/A The Bank Of New
cr              The Bank of New York Mellon f/k/a The Bank of New
cr              The Bank of New York Mellon f/k/a The Bank of New
13955951        Michele A Shields
14644797*       The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,
                 P.O. Box 24605,   West Palm Beach, FL 33416-4605
13955947      ##+Commercial Acceptance,   2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                  TOTALS: 6, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: vson               Page 2 of 2         Date Rcvd: Jul 27, 2018
                              Form ID: 300b            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               andygornall@latouflawfirm.com
              Andrew John Marley    on behalf of Creditor    Goldman Sachs Mortgage Company
               amarley@sterneisenberg.com, ckohn@sterneisenberg.com
              Daniel P. Foster    on behalf of Debtor James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for The Benefit of The
               Certificateholders of Popular Abs, Inc. Mortgage Pass-Throu pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor trustee for JPMorgan Chase Bank, N.A., as Trustee swinneg@udren.com,
               cblack@udren.com
              Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As
               Successor, et. al. pawb@fedphe.com
                                                                                             TOTAL: 14
```