**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES REDMOND SHIELDS, III<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:14-11217 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| July 26, 2018 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/18/2014 and confirmed on 2/20/15. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,300.00 |
| Less Refunds to Debtor | 770.63 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,529.37 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,065.00 | |
|    Trustee Fee | 2,990.45 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,055.45 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 2853 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 2853 | 5,208.05 | 5,208.05 | 0.00 | 5,208.05 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 2853 | 0.00 | 29,646.39 | 0.00 | 29,646.39 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 2853 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL SERVICED BY ALLY SEF<br>    Acct: 5703 | 23,005.79 | 23,005.79 | 2,169.52 | 25,175.31 |
| | | | | 60,029.75 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES REDMOND SHIELDS, III<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES REDMOND SHIELDS, III<br>    Acct: | 770.63 | 770.63 | 0.00 | 0.00 |
|   FOSTER LAW OFFICES**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 3,065.00 | 3,065.00 | 0.00 | 0.00 |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   MICHELE SHIELDS<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   ONEIDA COUNTY SCU<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   GOLDMAN SACHS MORTGAGE CO<br>    Acct: 4050 | 5,780.40 | 5,780.40 | 0.00 | 5,780.40 |
|   COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4377 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 663.77 | 663.77 | 0.00 | 663.77 |
| Acct: 5601 | | | | |
| FIRST NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5607 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,444.17 |

TOTAL PAID TO CREDITORS                                                                 66,473.92

TOTAL
CLAIMED          0.00
PRIORITY     28,213.84
SECURED       6,444.17


Date: 07/26/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES REDMOND SHIELDS, III

        Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:14-11217 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-11217-TPA
James Redmond Shields, III                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: vson              Page 1 of 2           Date Rcvd: Jul 27, 2018
                               Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db          +James Redmond Shields, III,    872 Liberty Street,    Meadville, PA 16335-2650
cr          +Goldman Sachs Mortgage Company,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
              Warrington, PA 18976-3400
13955944    +AT&T Mobility,    14201 Wireless Way,    Oklahoma City, OK 73134-2512
13955945    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 790034,    Saint Louis, MO 63179-0034
13955946    +City National Bank / Ocwen Loan Service,    Attn: Bankruptcy,    PO Box 24738,
              West Palm Beach, FL 33416-4738
13955948    +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14008377     Goldman Sachs Mortgage Company,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
              P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13955953    +NYS OTDA,    40 North Pearl Street,    Albany, NY 12243-0001
13955952    +Northwest Physician Associates,    1012 Water Street,    Meadville, PA 16335-3468
13955954    +Ocwen Loan Servicing LLC,    4828 Loop Central,    Houston, TX 77081-2193
13955955    +Oneida County SCU,    PO Box 15330,    Albany, NY 12212-5330
14637784     Rushmore Loan Management Services, LLC,    P.O. Box 514707, Los Angeles, CA 90051-4
13955956    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14050393     The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
              P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13955957    +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road,   Suite 200,
              Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2018 02:39:05
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
13955943    +E-mail/Text: ally@ebn.phinsolutions.com Jul 28 2018 02:31:13      Ally Financial,
              200 Renaissance Center,    Detroit, MI 48243-1300
13966375     E-mail/Text: ally@ebn.phinsolutions.com Jul 28 2018 02:31:13
              Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13981808    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2018 02:32:36
              Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-7999
13955949     E-mail/Text: bankruptcy@fncbinc.com Jul 28 2018 02:31:04
              First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434
13955950    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:31      Lvnv Funding Llc,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13963633     E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2018 02:39:05
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GOLDMAN SACHS MORTGAGE COMPANY
cr              Ocwen Loan Servicing, LLC as servicer for The Bank
cr              The Bank Of New York Mellon F/K/A The Bank Of New
cr              The Bank of New York Mellon f/k/a The Bank of New
cr              The Bank of New York Mellon f/k/a The Bank of New
13955951        Michele A Shields
14644797*       The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
              P.O. Box 24605,    West Palm Beach, FL 33416-4605
13955947      ##+Commercial Acceptance,    2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                    TOTALS: 6, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Jul 27, 2018
                               Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   GOLDMAN SACHS MORTGAGE COMPANY
               andygornall@latouflawfirm.com
              Andrew John Marley    on behalf of Creditor    Goldman Sachs Mortgage Company
               amarley@sterneisenberg.com, ckohn@sterneisenberg.com
              Daniel P. Foster    on behalf of Debtor James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for The Benefit of The
               Certificateholders of Popular Abs, Inc. Mortgage Pass-Throu pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor trustee for JPMorgan Chase Bank, N.A., as Trustee swinneg@udren.com,
               cblack@udren.com
              Thomas Song     on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As
               Successor, et. al. pawb@fedphe.com
                                                                                              TOTAL: 14
```