**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James Redmond Shields III** | Social Security number or ITIN  **xxx–xx–8981** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–11217–TPA**

# Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Redmond Shields III

9/13/18                                                                          **By the court:**   Thomas P. Agresti
                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                  Case No. 14-11217-TPA
James Redmond Shields, III                                              Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0315-1          User: mgut                   Page 1 of 2                  Date Rcvd: Sep 13, 2018
                              Form ID: 3180W               Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db             +James Redmond Shields, III,    872 Liberty Street,    Meadville, PA 16335-2650
cr             +Goldman Sachs Mortgage Company,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
13955944       +AT&T Mobility,    14201 Wireless Way,    Oklahoma City, OK 73134-2512
13955945       +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 790034,    Saint Louis, MO 63179-0034
13955946       +City National Bank / Ocwen Loan Service,    Attn: Bankruptcy,    PO Box 24738,
                 West Palm Beach, FL 33416-4738
13955948       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14008377        Goldman Sachs Mortgage Company,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13955953       +NYS OTDA,    40 North Pearl Street,    Albany, NY 12243-0001
13955952       +Northwest Physician Associates,    1012 Water Street,    Meadville, PA 16335-3468
13955954       +Ocwen Loan Servicing LLC,    4828 Loop Central,    Houston, TX 77081-2193
13955955       +Oneida County SCU,    PO Box 15330,    Albany, NY 12212-5330
14637784        Rushmore Loan Management Services, LLC,    P.O. Box 514707, Los Angeles, CA 90051-4
14050393        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13955957       +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2018 01:40:01      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: RECOVERYCORP.COM Sep 14 2018 05:33:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
13955943       +EDI: GMACFS.COM Sep 14 2018 05:33:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
13966375        EDI: GMACFS.COM Sep 14 2018 05:33:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
13981808       +EDI: JEFFERSONCAP.COM Sep 14 2018 05:33:00      Collecto Us Asset Managemnt, Inc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13955949        E-mail/Text: bankruptcy@fncbinc.com Sep 14 2018 01:39:40
                 First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434
13955950       +EDI: RESURGENT.COM Sep 14 2018 05:33:00      Lvnv Funding Llc,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13963633        EDI: RECOVERYCORP.COM Sep 14 2018 05:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13955956       +EDI: DRIV.COM Sep 14 2018 05:33:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GOLDMAN SACHS MORTGAGE COMPANY
cr              Ocwen Loan Servicing, LLC as servicer for The Bank
cr              The Bank Of New York Mellon F/K/A The Bank Of New
cr              The Bank of New York Mellon f/k/a The Bank of New
cr              The Bank of New York Mellon f/k/a The Bank of New
13955951        Michele A Shields
14644797*       The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13955947      ##+Commercial Acceptance,    2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                  TOTALS: 6, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: mgut              Page 2 of 2              Date Rcvd: Sep 13, 2018
                              Form ID: 3180W          Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               andygornall@latouflawfirm.com
              Andrew John Marley    on behalf of Creditor    Goldman Sachs Mortgage Company
               amarley@sterneisenberg.com, ckohn@sterneisenberg.com
              Daniel P. Foster    on behalf of Debtor James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for The Benefit of The
               Certificateholders of Popular Abs, Inc. Mortgage Pass-Throu pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor trustee for JPMorgan Chase Bank, N.A., as Trustee swinneg@udren.com,
               cblack@udren.com
              Thomas Song    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As
               Successor, et. al. pawb@fedphe.com
                                                                                             TOTAL: 14
```