**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JAMES REDMOND SHIELDS, III

       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:14-11217 TPA

Chapter 13

Document No.: 96

ORDER OF COURT

  AND NOW, this ___12th___ day of ___September___, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

vas

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                        Case No. 14-11217-TPA
James Redmond Shields, III                                    Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0315-1           User: mgut                  Page 1 of 2                  Date Rcvd: Sep 13, 2018
                               Form ID: pdf900             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db             +James Redmond Shields, III,    872 Liberty Street,    Meadville, PA 16335-2650
cr             +Goldman Sachs Mortgage Company,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
13955944       +AT&T Mobility,    14201 Wireless Way,    Oklahoma City, OK 73134-2512
13955945       +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 790034,    Saint Louis, MO 63179-0034
13955946       +City National Bank / Ocwen Loan Service,    Attn: Bankruptcy,    PO Box 24738,
                 West Palm Beach, FL 33416-4738
13955948       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14008377        Goldman Sachs Mortgage Company,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13955953       +NYS OTDA,    40 North Pearl Street,    Albany, NY 12243-0001
13955952       +Northwest Physician Associates,    1012 Water Street,    Meadville, PA 16335-3468
13955954       +Ocwen Loan Servicing LLC,    4828 Loop Central,    Houston, TX 77081-2193
13955955       +Oneida County SCU,    PO Box 15330,    Albany, NY 12212-5330
14637784        Rushmore Loan Management Services, LLC,    P.O. Box 514707, Los Angeles, CA 90051-4
13955956       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14050393        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13955957       +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road,   Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2018 01:45:47
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13955943       +E-mail/Text: ally@ebn.phinsolutions.com Sep 14 2018 01:39:43     Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
13966375        E-mail/Text: ally@ebn.phinsolutions.com Sep 14 2018 01:39:43
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13981808       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 14 2018 01:40:19
                 Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-7999
13955949        E-mail/Text: bankruptcy@fncbinc.com Sep 14 2018 01:39:40
                 First National Collection Bureau, Inc.,    610 Waltham Way,   Sparks, NV 89434
13955950       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2018 01:45:50      Lvnv Funding Llc,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13963633        E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2018 01:46:02
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GOLDMAN SACHS MORTGAGE COMPANY
cr              Ocwen Loan Servicing, LLC as servicer for The Bank
cr              The Bank Of New York Mellon F/K/A The Bank Of New
cr              The Bank of New York Mellon f/k/a The Bank of New
cr              The Bank of New York Mellon f/k/a The Bank of New
13955951        Michele A Shields
14644797*       The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13955947      ##+Commercial Acceptance,    2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                 TOTALS: 6, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: mgut                Page 2 of 2            Date Rcvd: Sep 13, 2018
                              Form ID: pdf900           Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   GOLDMAN SACHS MORTGAGE COMPANY
               andygornall@latouflawfirm.com
              Andrew John Marley    on behalf of Creditor   Goldman Sachs Mortgage Company
               amarley@sterneisenberg.com, ckohn@sterneisenberg.com
              Daniel P. Foster    on behalf of Debtor James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff James Redmond Shields, III dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor   The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor   The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor, et. al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
               as Successor Trustee for JPMorgan Chase Bank, N.A., as Trustee for The Benefit of The
               Certificateholders of Popular Abs, Inc. Mortgage Pass-Throu pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A.,
               as Trustee for the benefit of the Certificateholder pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
               as successor trustee for JPMorgan Chase Bank, N.A., as Trustee swinneg@udren.com,
               cblack@udren.com
              Thomas Song    on behalf of Creditor   The Bank Of New York Mellon F/K/A The Bank Of New York As
               Successor, et. al. pawb@fedphe.com
                                                                                             TOTAL: 14
```